# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

<u>William D. McCarthy</u>

      v.                                          Civil No. 11-cv-289-JL

<u>USA</u>

## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

The Addendum/Amendment to Motion to Vacate Sentence - 2255, Document #7 in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Addendum/Amendment to Motion to Vacate Sentence - 2255.  Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Addendum/Amendment to Motion to Vacate Sentence - 2255, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

      **SO ORDERED**.

                                                                                          /s/Landya B. McCafferty
                                                                                          Landya B. McCafferty
                                                                                          United States Magistrate Judge

Date:  July 22, 2011

cc:      William D. McCarthy, pro se